United States District Court

Eastern District of California

Louis Tamale,

     Plaintiff,                       No. Civ. S 02-1703 LKK PAN PS

  vs.                              Order

Avenal State Prison, et al.,

     Defendants

-oOo-

   Good cause appearing, the court hereby orders defendants' September 20, 2005, motion to dismiss is submitted on the papers and the October 26, 2005, hearing date is vacated. Plaintiff having opposed October 17, 2005, his ex parte motion for a continuance filed that date is denied.

   Dated:  October 20, 2005.

                                     /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
                                     Magistrate Judge