United States District Court

Eastern District of California

Louis Tamale,

     Plaintiff,                    No. Civ. S 02-1703 LKK PAN P

  vs.                          Order

Avenal State Prison, et al.,

     Defendants.

-oOo-

Defendants' September 20, 2005, motion to dismiss (opposed by plaintiff October 17, 2005) is submitted. October 20, 2005, I denied plaintiff's request for a continuance; plaintiff now requests I reconsider. Plaintiff's medical problems notwithstanding, there is no cause for a continuance because nothing presently is required of him. Thus, I deny his November 14 and 16, 2005, requests for reconsideration.

So ordered.

Dated: November 28, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge